AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Christopher Flores (2001 USC)

*Defendant(s)*

Case No. 7:26-mj-3040

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 29, 2026 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 2.1 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 2.1 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

/s/ Deontay Nish
*Complainant's signature*

Deontay Nish, HSI Special Agent
*Printed name and title*

Complaint authorized by: AUSA Jose Garcia

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: *8/29/2026 @ 10:08 p.m.*

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

**Attachment "A"**

I, Deontay Nish, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On August 29, 2026, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Anzalduas Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Christopher Flores ("FLORES"), a United States citizen, while attempting to enter the United States from Mexico with approximately 2.1 kilograms of cocaine concealed within the vehicle he was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from FLORES. CBPOs referred FLORES and the vehicle to secondary inspection for further inspection.

3. The vehicle's hood was lifted and had tampering all around the intake. A CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. A physical search of the vehicle was conducted, and 1 cellophane wrapped and vacuum sealed packages, weighing approximately 2.1 kilograms, were discovered concealed in the intake manifold of the vehicle. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of cocaine.

5. Homeland Security Investigations (HSI) Special Agents (SA) responded to the POE to assist in the investigation. The HSI SAs interviewed FLORES who stated, after numerous false statements, that he knew he was crossing drugs into the United States.